IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew Oskowis,<br><br>                        Plaintiff,<br><br>v.<br><br>Sedona Oak-Creek Unified School District #9,<br><br>                        Defendant. | No. CV-14-8166-PCT-BSB<br><br>**ORDER** |

Pursuant to *pro se* Plaintiff's Motion to Allow Electronic Filing (Doc. 3), filed September 9, 2014.

**IT IS ORDERED** that Plaintiff's Motion to Allow Electronic Filing is **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiff shall comply with all rules outlined in the District of Arizona's Case Management/Electronic Case Filing Administrative Policies and Procedures Manual, maintain access to the required equipment and software, maintain a personal electronic mailbox of sufficient capacity to send and receive electronic notice of case related transmissions, be able to electronically transmit documents to the court in .pdf format, register as a subscriber to PACER (Public Access to Electronic Records) within five (5) days of the date of this Order and comply with the privacy policy of the Judicial Conference of the United States and E-Government Act of 2002.

1  Any misuse of the ECF system will result in immediate discontinuation of this
2  privilege and disabling of the password assigned to the party.
3  The Clerk of Court shall notify the Plaintiff of the entry of this Order.
4  Dated this 10th day of September, 2014.

*Bridget S. Bade*
United States Magistrate Judge