**HUFFORD, HORSTMAN, MONGINI, PARNELL & TUCKER, P.C.**
*Attorneys at Law*
Post Office Box B
120 N. Beaver Street
Flagstaff, Arizona 86002
(928) 226-0000

1  Patrice M. Horstman, No. 005841
Eve A. Parnell, No. 009794
2  Samantha B. Kelty No. 024110
HUFFORD, HORSTMAN, MONGINI,
3  PARNELL & TUCKER, P.C.
120 N. Beaver Street
4  P. O. Box B
Flagstaff, AZ 86002
5  (928) 226-0000
FAX  928-779-3621
6  Attorneys for Defendant
Sedona Oak Creek Unified School District No. 9
7  pmh@h2m2law.com
eap@h2m2law.com
8  sbk@h2m2law.com

9

IN THE UNITED STATES DISTRICT COURT

10

FOR THE DISTRICT OF ARIZONA

11

12  Matthew Oskowis, individually and on      )
behalf of E.O.,                                          )
13                                                              )      Case No. CV-14-8166-PCT-BSB
       Plaintiff,                                          )
14                                                              )
vs.                                                           )      NOTICE OF APPEARANCE
15                                                              )
Sedona Oak Creek Unified School        )
16  District No. 9,                                      )
                                                                 )
17       Defendant.                                    )
                                                                 )

18

19       NOTICE IS HEREBY GIVEN that Patrice M. Horstman, Eve A. Parnell and

20  Samantha B. Kelty of the law office of Hufford, Horstman, Mongini, Parnell and Tucker,

21  P.C., appear as attorneys of record on behalf of defendant, the Sedona Oak Creek Unified

22  School District No. 9.  Counsel listed below are members in good standing of the Bar

23  Association of the State of Arizona.

24  ///

25

255281.1 9/30/2014

**HUFFORD, HORSTMAN, MONGINI, PARNELL & TUCKER, P.C.**
*Attorneys at Law*
Post Office Box B
120 North Beaver Street
Flagstaff, Arizona 86002
(928) 226-0000

1    RESPECTFULLY SUBMITTED this 30th day of September, 2014.

2

3

4    */s/Eve A. Parnell* _____
     Patrice M. Horstman

5    Eve A. Parnell
     Samantha B. Kelty

6    On behalf of the Sedona Oak Creek Unified School District
     HUFFORD, HORSTMAN, MONGINI, PARNELL AND TUCKER

7    120 NORTH BEAVER STREET
     FLAGSTAFF, AZ 86001

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

255281.1 9/30/2014                              2

**1**

**CERTIFICATE OF SERVICE**

**2**

I hereby certify that on September 30, 2014 I electronically transmitted the foregoing document to the Clerk's Office using the CM/EFC System for filing and transmittal of a

**3**

Notice of Electronic Filing to the following CM/ECF registrant:

**4**

**5**

Matthew C. Oskowis
105 Pony Soldier Road
Sedona, AZ  86336

**6**

**7**

**8**

**9**

*/s/Kassandra Parmely*

**10**

**11**

**12**

**13**

**14**

**15**

**16**

**17**

**18**

**19**

**20**

**21**

**22**

**23**

**24**

**25**

HUFFORD, HORSTMAN, MONGINI, PARNELL & TUCKER, P.C.
*Attorneys at Law*
Post Office Box B
120 North Beaver Street
Flagstaff, Arizona  86002
(928) 226-0000

255281.1 9/30/2014

3