Matthew Oskowis
105 Pony Soldier Road
Sedona, Arizona 86336

[Stamp: RECEIVED / COPY / MAR 11 2015]

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| Matthew Oskowis | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV-14-8166-JAT |
| v. | |
| Sedona Oak-Creek Unified School District No. 9 | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

**PLEASE TAKE NOTICE:**

The following document(s) or item(s) are exempt from electronic filing, and will therefore be manually [✓] Filed  [ ] Lodged: **(List Documents)**

(1) CERTIFICATION OF RECORD ON REVIEW - RECORD OF ADMINISTRATIVE HEARING - OAH CASE Nos 14C-DP-006-ADE, 14C-DP-012-ADE, 14C-DP-021-ADE, 14C-DP-031-ADE (15 pages)

(2) DVD-ROM disk of the entire record of the administrative proceedings (refer to item #1)

**Reason:**

- [ ] Under Seal
- [ ] In Camera
- [✓] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- [ ] Electronic versions are not available to filer
- [ ] Per Court order dated: _____
- [✓] Administrative Record
- [ ] Other:

| March 11, 2015 | Matthew Oskowis, Pro Se |
|---|---|
| Date | Attorney Name |
| | Matthew Oskowis, Pro Se |
| | Party Represented |

*Note:* *File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

Greg Hanchett, Acting Director
Office of Administrative Hearings
1400 West Washington, Suite 101
Phoenix, Arizona 85007
Telephone Number: 602-542-9826
E-mail: Greg.hanchett@azoah.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| E.O., a Student, by and through Parent M.O., <br>     Petitioners, <br><br> v. <br><br> Sedona-Oak Creek Joint Unified School District, <br>     Respondent | CV 14-08166-JAT <br><br> **CERTIFICATION OF RECORD ON REVIEW** <br> **RECORD OF ADMINISTRATIVE HEARING** <br><br> OAH Nos. 14C-DP-006-ADE <br>            14C-DP-012-ADE <br>            14C-DP-021-ADE <br>            14C-DP-031-ADE |

CERTIFICATION OF RECORD ON REVIEW

The undersigned, pursuant to 20 U.S.C. § 1415(i), A.R.S. §§ 15-766(E)(3) and 12-904, and Ariz. Admin. Code § R2-19-122, notifies parent, Matthew Oskowis, that a CD-ROM disk of the entire record of the administrative proceedings on appeal is prepared and ready for pickup at the Office of Administrative Hearings.

Done this 9 day of March, 2015.

_____
Jan Bacich
Custodian of the Records

Office of Administrative Hearings
1400 West Washington, Suite 101
Phoenix, Arizona 85007
(602) 542-9826

# AFFIDAVIT

DISTRICT OF ARIZONA )

UNITED STATES DISTRICT COURT )

Greg Hanchett, being first duly sworn upon his oath deposes and says:

He is the duly appointed Acting Director of the Office of Administrative Hearings for the State of Arizona and that Jan Bacich is custodian of its records and as such is authorized to search the files of the agency and to execute the attached affidavit and/or certification.

The attached document bears the true and genuine signature of the employee whose name appears thereon.

WITNESS MY HAND AND SEAL OF THIS OFFICE this _9th_ day of _March_, 2015.

_____
GREG HANCHETT, ACTING DIRECTOR
OFFICE OF ADMINISTRATIVE HEARINGS

Subscribed and Sworn to before me this _9th_ day of _March_, 2015.

_____
NOTARY PUBLIC

[Notary Seal: JAN BACICH, Notary Public - Arizona, Maricopa County, My Comm. Expires Jun 8, 2018]

My Commission Expires: _____

The INDEX of RECORD on REVIEW and the complete Administrative Record on Review in approved form were prepared and the requesting party was notified it is ready for pick-up at the Office of administrative Hearings, Suite 101 on this 9th day of March, 2015.

A copy of the INDEX of RECORD on REVIEW was e-mailed/mailed on this 9th day of March, 2015 to:

Arizona Department of Education
Kacey Gregson

Matthew Oskowis
matthew.oskowis@wellsfargo.com

Hufford, Horstman, Mongini, Parnell & Tucker, PC
Eve A. Parnell
eap@h2m2law.com
kassandra@h2m2law.com


By Jan Bacich

# INDEX of RECORD on REVIEW

District Court No. **CV 14-08166-JAT**

**1. Original Agency Action From Which Review is Sought: A.R.S. 12-904(B)(1)**

| | | |
|---|---|---|
| 1. | 07-15-2013 | Request for Hearing 006) |
| 2. | 11-27-2013 | Request for Hearing 021) |
| 3. | 07-29-2013 | Request for Hearing 012) |
| 4. | 01-08-2014 | Request for Hearing 031) |
| 5. | 07-15-2013 | Agency Record (349515) |
| 6. | 09-04-2013 | Agency Record (357286) |
| 7. | 01-08-2014 | Agency Record (430460) |
| 8. | 01-08-2014 | Agency Record (378174) |
| 9. | 07-17-2013 | Notice of Hearing 006-ADE (350620) |
| 10. | 09-06-2013 | Notice of Hearing 012-ADE (357749) |
| 11. | 12-11-2013 | Notice of Hearing 021-ADE (374282) |
| 12. | | Notice of Hearing -031 ADE |
| 13. | November 2013 | Sign in Sheet (422221) |
| 14. | 04-02-214 | Sign in Sheet |

**2. Motions, Memoranda or Other Documents Submitted by the Parties to the Appeal: A.R.S. § 12-904(B)(2)**

| | | |
|---|---|---|
| 15. | 07-22-2013 | Notice of Appearance (349959) |
| 16. | 07-22-2013 | Due Process Response and Motion to Dismiss (349960) |
| 17. | 07-29-2013 | Motion to Preserve Evidence (351021) |

4

| 18. | 07-29-2013 | Answer to Motion to Dismiss (351063) |
| 19. | 08-02-2013 | Notice Re: Correspondence (351785) |
| 20. | 08-02-2013 | Notice of Making Written Offer (351784) |
| 21. | 08-02-2013 | Request for Decision on Motion (351783) |
| 22. | 08-02-2013 | Response to Motion to Preserve (351786) |
| 23. | 08-05-2013 | Response to Notice of Making Written Offer (430441) |
| 24. | 08-05-2013 | Answer to Motion for Continuation (430439) |
| 25. | 08-05-2013 | Answer to Motion to Stike (430440) |
| 26. | 08-07-2013 | Motion to Strike Response (352455) |
| 27. | 08-13-2013 | Resolution Tracking Form (353323) |
| 28. | 08-14-2013 | Motion for Student Records (430446) |
| 29. | 08-16-2013 | Motion to Stay Put (430447) |
| 30. | 08-16-2013 | Response to Motion for Records (354158) |
| 31. | 08-16-2013 | Response to Motion for Stay (354159) |
| 32. | 08-22-2013 | Email from parent (355238) |
| 33. | 08-30-2013 | Motion Requesting Order (356468) |
| 34. | 08-30-2013 | Motion for Reconsideration (430449) |
| 35. | 09-04-2013 | Motion for Clarification (430451) |
| 36. | 09-04-2013 | Response to Motion for Clarification (357046) |
| 37. | 09-05-2013 | Response to Respondents Response to Motion for Clarification (430452) |
| 38. | 09-09-2013 | Motion for Consolidation (357658) |
| 39. | 09-11-2013 | Rresponse to m-consol (430453) |
| 40. | 09-12-2013 | Notice of Appearance (358373) |
| 41. | 09-12-2013 | Request for Order (358372) |

| 42. | 09-12-2013 | District's Response to Due Process Complaint Motion to Dismiss (358369) |
|---|---|---|
| 43. | 09-16-2013 | Response to Request for Order on Stay Put (430471) |
| 44. | 09-18-2013 | Response to Motion to Dismiss (430472) |
| 45. | 09-20-2013 | Answer to Response to Request for Order (430475) |
| 46. | 09-20-2013 | Motion for Clarification (430474) |
| 47. | 09-20-2013 | Request for Order on Resolution (430473) |
| 48. | 09-20-2013 | Motion to Continue Pre-Hearing (359761) |
| 49. | 09-20-2013 | Response to Request for Order (359763) |
| 50. | 09-26-2013 | Response to Motion to Continue (430476) |
| 51. | 10-04-2013 | Notice of Unsuccessful Mediation (362269) |
| 52. | 10-07-2013 | Response to Notice of Unsuccessful Mediation (362261) |
| 53. | 11-05-2013 | Respondent List of Witnesses and Exhibits (367884) |
| 54. | 11-05-2013 | Respondent Amended List (368099) |
| 55. | 11-08-2013 | Petitioner's List of Witnesses and Exhibits (430481) |
| 56. | 11-08-2013 | Amended Petitioner's List of Witnesses and (430479) |
| 57. | 11-08-2013 | Pretrial Memorandum (430480) |
| 58. | 11-08-2013 | Respondent's Pre-Hearing Memorandum (368762) |
| 59. | 11-13-2013 | Motion to Exclude Witnesses (369406) |
| 60. | 11-14-2013 | Answer to Motion to Exclude (430482) |
| 61. | 11-15-2013 | Memorandum Re: Witnesses (430484) |
| 62. | 12-06-2013 | Response to Due Process Complaint (373546) |
| 63. | 12-06-2013 | Notice of Appearance 021-ADE (373545) |
| 64. | 12-06-2013 | Motion for Stay of Proceedings 021-ADE (373547) |
| 65. | 12-15-2013 | Response to Motion for Stay 021-ADE (430465) |

| | | |
|---|---|---|
| 66. | 12-26-2013 | Due Process-Resolution Session 021-ADE (376083) |
| 67. | 01-06-2014 | Motion for Reconsideration 021-ADE (377068) |
| 68. | 01-07-2014 | Response to Motion for Reconsideration 021-ADE (430462) |
| 69. | 01-09-2014 | Supplement to Motion for Reconsideration 021-ADE (377619) |
| 70. | 01-09-2014 | Answer to Supplement to Motion for Reconsideration 021-ADE (430461) |
| 71. | 01-17-2014 | Notice of Appearance 031-ADE (379140) |
| 72. | 01-21-2014 | Motion to Consolidate 031-ADE (379180) |
| 73. | 01-21-2014 | District's Response to Complaint 031-ADE (379142) |
| 74. | 01-24-2014 | Petitioner Answer to Response to Due Process Complaint |
| 75. | 02-07-2014 | Due Process-Resolution Session - Tracking Form 031-ADE (382038) |
| 76. | 02-21-2014 | Expedited Request for Orders 031-ADE (430486) |
| 77. | 02-25-15 | Response to Expedited Request 031-ADE (383980) |
| 78. | 03-21-2014 | Corrected Incorrect Date in Distribution (430487) |
| 79. | 03-21-2014 | Motion for Clarification 021-031-ADE (430488) |
| 80. | 03-24-2014 | Response to Motion for Clarification 021-031-ADE (387548) |
| 81. | 03-25-2014 | Perry Subpoena (387580) |
| 82. | 03-25-2014 | Lykens, Hirsch and Doe Subpoenas (387581) |
| 83. | 03-26-2014 | Petitioner's List of Witnesses and Exhibits (430489) |
| 84. | 03-26-2014 | Respondent's List of Witnesses and Additional Exhibits (388019) |
| 85. | 03-26-2014 | Motion for Telephonic (388021) |
| 86. | 03-27-2014 | Objection to Subpoena (388108) |
| 87. | 03-27-2014 | Response to Objection to Subpoena (430490) |
| 88. | 03-28-2014 | Respondent's Hearing Memorandum for Second Hearing (388368) |
| 89. | 03-28-2014 | Motion to Exclude Exhibits (388367) |

| 90. | 03-31-2014 | Motion to Strike Respondent's (430492) |
|---|---|---|
| 91. | 03-31-2014 | Answer to Motion to Exclude (430491) |
| 92. | 04-01-2014 | Motion for Reconsideration (430493) |
| 93. | 04-01-2014 | Answer to Motion for Telephonic (430494) |
| 94. | 05-01-2014 | Petitioner's Hearing Memorandum (430499) |
| 95. | 07-14-2014 | Respondent Agree to Extension (430502) |

**3. Administrative Law Judge Orders**

| 96. | 07-29-2013 | Pre-Hearing Order 006 ADE (430434) |
|---|---|---|
| 97. | 08-07-2013 | Order 006-ADE (352490) |
| 98. | 08-22-2013 | Order on Resp Motion to Dismiss 006-ADE (355275) |
| 99. | 08-30-2013 | Order on Motion to Stay Put 006-ADE (356540) |
| 100. | 09-05-2013 | Order 006-ADE (357302) |
| 101. | 09-06-201 | Order 006-ADE (357492) |
| 102. | 09-11-2013 | Order Consolidating 006-012-ADE (358148) |
| 103. | 09-17-2013 | Pre-Hearing Order 006-012-ADE (359011) |
| 104. | 10-10-2013 | Order on Motion to Dismiss 006-012-ADE (363550) |
| 105. | 10-10-2013 | Order on MTC (363544) |
| 106. | 10-10-2013 | Order on Petitioners' Motion for Clarification (363549) |
| 107. | 10-10-2013 | Order on Request for Order on Resolution Session (430477) |
| 108. | 11-14-2013 | Order 006-012-ADE (430483) |
| 109. | 11-22-2013 | Order Holding Record Open (371316) |
| 110. | 12-31-2013 | Order (376470) |
| 111. | 01-10-2014 | Order 006-012-021-ADE) |
| 112. | 02-25-2014 | Pre-Hearing Order 006-012-021-031 ADE (383941) |

| 113. | 03-24-2014 | Order (387521) |
| --- | --- | --- |
| 114. | 04-01-2014 | Order Re Motion To Exclude Evidence (388669) |
| 115. | 04-01-2014 | Order Allowing Telephonic Testimony (388673) |
| 116. | 04-01-2014 | Order Re Objection to Subpoena (388678) |
| 117. | 05-20-2014 | Order Holding Record Open (395148) |
| 118. | 06-18-2014 | Minute Entry (430501) |
| 119. | 06-19-2014 | Order Holding Record Open (430503) |
| 120. | 07-11-2014 | Minute Entry (401631) |

**4. Exhibits Admitted as Evidence at the Administrative Hearing: A.R.S. § 12-904(B)(3); Exhibits Offered, but not Admitted or Withdrawn**

| 121. | November 2013 | November 2013 Exhibit List as Prepared by The Administrative Law Judge |
| --- | --- | --- |
| 122. | 04-02-2014 | 04-02-2014 Exhibit List as Prepared by The Administrative Law Judge (409699) |

**Exhibits Submitted by Sedona-Oak Creek Joint Unified School District**

| 123. | See List for Description of Exhibits | Sedona Exhibit List) |
| --- | --- | --- |
| 124. |  | Sedona 1) |
| 125. |  | Sedona 2) |
| 126. |  | Sedona 3) |
| 127. |  | Sedona 4) |
| 128. |  | Sedona 5) |
| 129. |  | Sedona 6) |
| 130. |  | Sedona 7) |
| 131. |  | Sedona 8) |
| 132. |  | Sedona 9) |

| # | | |
|---|---|---|
| 133. | | Sedona 10) |
| 134. | | Sedona 11) |
| 135. | | Sedona 12) |
| 136. | | Sedona 13) |
| 137. | | Sedona 14) |
| 138. | | Sedona 15) |
| 139. | | Sedona 16) |
| 140. | | Sedona 17) |
| 141. | | Sedona 18) |
| 142. | | Sedona 19) |
| 143. | | Sedona 20) |
| 144. | | Sedona 21) |
| 145. | | Sedona 22) |
| 146. | | Sedona 22-1) |
| 147. | | Sedona 22-2 |
| 148. | | Sedona 22-3) |
| 149. | | Sedona 22-4) |
| 150. | | Sedona 22-5) |
| 151. | | Sedona 22-6) |
| 152. | | Sedona 22-7) |
| 153. | | Sedona 23) |
| 154. | | Sedona 23-1) |
| 155. | | Sedona 23-2) |
| 156. | | Sedona 23-3) |

| | | |
|---|---|---|
| 157. | | Sedona 23-4) |
| 158. | | Sedona 23-5) |
| 159. | | Sedona 23-6) |
| 160. | | Sedona 23-7) |
| 161. | | Sedona 23-8) |
| 162. | | Sedona 23-9) |
| 163. | | Sedona 23-10) |
| 164. | | Sedona 23-11) |
| 165. | | Sedona 23-12) |
| 166. | | Sedona 23-13) |
| 167. | | Sedona 23-14) |
| 168. | | Sedona 23-15) |
| 169. | | Sedona 24-Part 1) |
| 170. | | Sedona 24-Part 2) |
| 171. | | Sedona 25) |
| 172. | | Sedona 26) |
| 173. | | Sedona 27) |
| 174. | | Sedona 28) |
| 175. | | Sedona 29) |
| 176. | | Sedona 30) |
| 177. | | Sedona 31) |
| 178. | | Sedona 32) |
| 179. | | Sedona 33) |
| 180. | | Sedona 34) |

| # | | Description |
|---|---|---|
| 181. | | Sedona 35) |
| 182. | | Sedona 36) |
| 183. | | Sedona 37) |
| 184. | | Sedona 38) |
| 185. | | Sedona 39) |
| 186. | | Sedona 40) |
| 187. | | Sedona 41) |
| 188. | | Sedona 42) |

**Exhibits Submitted Parent of E.O.**

| # | | Description |
|---|---|---|
| 189. | | Petitioner's List of Witnesses and Exhibits 4 pgs 2013-11-06 |
| 190. | | Petitioner's List of Witnesses and Exhibits 6 pgs 2013-11-08 |
| 191. | | Petitioner's Amended List of Witnesses and Exhibits 2013-11-08 (Amended) |
| 192. | | A - EO IEP 8.20.2012 |
| 193. | | AA - E.O. 12811 IEP |
| 194. | | AAA - WSS IEP Meeting 2012-05-23 |
| 195. | | B - First Set of August 2012 IEP Datasheets received 2013-04-15 Bookmarked Reduced |
| 196. | | BB - Meeting Notice Forms and Reports 5-17-12 to 08-05-13BBB - WSS IEP Meeting 2012-05-24 |
| 197. | | C - Progress Report 2012-10-12 |
| 198. | | CC - PWNs 05-02-12 to 08-05-13 |
| 199. | | CCC - WSS IEP Meeting 2012-08-20Certification |
| 200. | | D - December 2012 IEP Progress Report in receipt 2013-01-07 |
| 201. | | DD - Email to Dave Lykins regarding Meeting on 8-7-2012 |
| 202. | | DDD - WSS IEP Meeting 2012-12-10 |
| 203. | | E - EO IEP Addendum 2.26.13 with ProgNotes 3.19.13 |

| | | |
|---|---|---|
| 204. | | EE - Yolanda PECS Phases IImplementation 2012-11-13 |
| 205. | | F - Second Set of August 2012 IEP Datasheets received 2013-06-04 Bookmarked Reduced |
| 206. | | FF - District Letter 12-14-12 |
| 207. | | G - EO IEP Addendum 3.26.13 with 5.24.13 Prog Notes |
| 208. | | GG - Letter to Scott Keller 2012-12-19 regarding breakdown in communication |
| 209. | | GGG - WSS IEP Meeting 2013-01-25 |
| 210. | | H - ESS 2012_2013 Important Dates Staff Meetings |
| 211. | | HH - Review of Ethan's Progress 2012-01-20 |
| 212. | | HHH - WSS IEP Meeting 2013-02-11 |
| 213. | | I - Letter to Scott Keller 2013-03-20 regarding request for student records |
| 214. | | II - Overview of Ethan's Progress and Questions |
| 215. | | III - WSS IEP Meeting 2013-02-26 |
| 216. | | J - eMail delivery of Letter to Scott Keller 2013-03-20 regarding request for student records |
| 217. | | JJ - EO VB-MAPP Summary 20120522 |
| 218. | | JJJ - WSS IEP Meeting 2013-03-26 |
| 219. | | K - Letter to Scott Keller 2013-05-30 regarding request for student records |
| 220. | | KK - EO VB-MAPP Summary 20130325 |
| 221. | | KKK - WSS IEP Meeting 2013-04-08 |
| 222. | | L - eMail delivery of Letter to Scott Keller 2013-05-30 regarding request for student records |
| 223. | | LL - Letter to Dave Lykins 2013-01-04 regarding December 2012 IEP Meeting |
| 224. | | LLL - WSS IEP Meeting 2013-05-09 |
| 225. | | M - Letter to Scott Keller 2013-06-09 regarding Ethan's annual progress |
| 226. | | MM - Letter to Scott Keller 2013-4-2 regarding apparent lack of progress |
| 227. | | MMM - WSS IEP Meeting 2013-05-14 |

| # | | Description |
|---|---|---|
| 228. | | N - eMail delivery of Letter to Scott Keller 2013-06-09 regarding Ethan's progress for the 2012-2013 Academic YearNN - VBMapps Barriers Scoring Form by Ken B 3-7-13 |
| 229. | | NNN - WSS IEP Meeting 2013-05-23 |
| 230. | | O - Roxburgh-et-al-20121 |
| 231. | | OO - VBMapps Milestones Master Scoring Form by Ken B 3-7-13 |
| 232. | | OOO - WSS IEP Meeting 2013-08-14 |
| 233. | | P - District Response to Complaint Reference Number 2270 2011-11-07 |
| 234. | | PP - SOCUSD Ltr Re Baumgartner Not Cert 9-13-12 |
| 235. | | PPP - WSS IEP Meeting 2013-08-15 |
| 236. | | Q - Districts Response to Complaint |
| 237. | | QQ - Spencer Vita 1.20.13 |
| 238. | | QQQ - WSS IEP Meeting 2013-09-25 |
| 239. | | R - ADE Letter of Findings Reference Number 2317 2012-05-31 |
| 240. | | RR - Letter-to-Leanna-DeKing-11-07-2011-regarding-Districts-Response-to-Complaint |
| 241. | | RRR - Superintendent 2012-08-07 |
| 242. | | S - Mediation Agreement 09-27-2010 |
| 243. | | SS - ADE Letter of Findings Reference Number 2270 2011-11-23 |
| 244. | | SSS - Superintendent 2013-01-25 |
| 245. | | T - Mediation Agreement 10-25-11 |
| 246. | | Transcript DAY 1) |
| 247. | | TT - eMail from Rebecca Belanger - ABLLS-R Crossover to Goals 2013-10-03 |
| 248. | | U - Comprehensive Data Binder 2012-08-24 |
| 249. | | UU - Outline Goals Programs EO 7 17 2013 |
| 250. | | V - Letter to Shannon Chavez ADE 2012-04-27 - Answer to Districts Response |

| 251. |  | W - Daily Schedules 2012-2013 Academic Year |
| 252. |  | WW - WSS IEP Meeting 2012-11-14 |
| 253. |  | X - Detailed Data Analysis of August 2012 IEP 2013-11-07 |
| 254. |  | Y - Critical Data Analysis of October 2011 Progress Report 10-24-2011 |
| 255. |  | Z - 2012 IEP Data Analysis 2013-11-07 |
| 256. |  | Petitioner BZ |
| 257. |  | Petitioner Exhibit BO) |
| 258. |  | Petitioner Exhibit O) |
| 259. |  | Petitioner Exhibit BZ) |

**5. Administrative Law Judge Decision and any Revisions or Modifications: A.R.S. § 12-904(B)(4)**

| 260. | 08-4-2014 | ALJ Decision (404743) |

**6. Transcript: A.R.S. § 12-904(B)(5)**

| 261. |  | Transcript November 18, 2013 |
| 262. |  | Transcript November 20, 2013 |
| 263. |  | Transcript November 19, 2013 |
| 264. |  | Transcript April 2, 2014 |

